UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-33470 |
|---|---|
| MARK E ADAMS | (Chapter 13) |
| WENDY L ADAMS | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4055616**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 12 | KOHLS DEPARTMENT STORE<br>% CREDITORS BANKRUPTCY SERV<br>BOX 740933<br>DALLAS, TX  75374 | 1.91 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/12/2011

Certificate of Service  05-33470

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MARK E ADAMS
WENDY L ADAMS
522 E. FRANKLIN ST.
TROY, OH  45373

W MARK JUMP
2130 ARLINGTON RD
COLUMBUS, OH  43221

(20.1n)
CITIBANK USA NA
PO BOX 6095
SIOUX FALLS, SD  57117

(22.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(18.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(21.1n)
ECMC
BOX 8809
RICHMOND, VA  23225

(17.1n)
FORD MOTOR CREDIT CO
BOX 537901
LIVONIA, MI  48153

(12.1)
KOHLS DEPARTMENT STORE
% CREDITORS BANKRUPTCY SERV
BOX 740933
DALLAS, TX  75374

(23.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv